# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1451
_____

TODD XAVIER THOMAS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

October 10, 2019


PER CURIAM.

   AFFIRMED.

RAY, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.


_____

*Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.*

_____


Todd Xavier Thomas, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.